IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on April 11, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Grand Jury Original |
| | : | |
| | : | Case No.: |
| v. | : | |
| | : | Violation: |
| EHREN FLUELLYN, | : | Count 1: 18 U.S.C. § 242 |
| | : | (Deprivation of Rights Under Color of Law) |
| Defendant. | : | |

## INDICTMENT

The Grand Jury Charges that:

## COUNT ONE

(Deprivation of Rights Under Color of Law – 18 U.S.C. § 242)

On or about April 12, 2023, in the District of Columbia, the defendant, EHREN FLUELLYN, while acting under color of law as a special police officer employed by Capital City Protection Solutions, willfully deprived, A.R., a person known to the Grand Jury, of the right, secured and protected by the Constitution and the laws of the United States, to be free from an unreasonable seizure, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, FLUELLYN assaulted A.R. by kicking, punching and striking A.R. without legal justification. The offense resulted in bodily injury to A.R.

(All in violation of Title 18, United States Code, Section 242
(Deprivation of Rights Under Color of Law))

A TRUE BILL:

_____
FOREPERSON

_Matthew M. Groves/jpk_
ATTORNEY FOR THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA